Daniel L. Steinberg, OSB #99369
E-mail: daniel.steinberg@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| PREMIER COMMUNITY BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Defendant. | No. 3:14-cv-913<br><br>COMPLAINT (NEGLIGENT MISREPRESENTATION, NEGLIGENCE AND BREACH OF CONTRACT)<br><br>JURY TRIAL DEMANDED |

Plaintiff alleges:

## PARTIES

1. Premier Community Bank is an Oregon chartered bank, and formerly known as Columbia Community Bank.

2. First American Title Insurance Company is a California corporation doing business in Oregon and Washington, and is the successor by merger to Pacific Northwest Title Company, a Washington corporation ("Pacific Title").

3. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

/ / /

Page 1 -    COMPLAINT (NEGLIGENT MISREPRESENTATION, NEGLIGENCE AND BREACH OF CONTRACT)